IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICK CUNNINGHAM,

    Plaintiff,

vs.                                       CASE NO.:  4:06cv563-SPM/WCS

RAMPAGE SPORT FISHING
YACHTS,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff having failed to respond to the Order to Show Cause (doc. 89) dated April 3, 2008, pursuant to N.D. Fla. Loc. R. 41.1(A) and Fed. R. Civ. P. 41(b), it is hereby

ORDERED AND ADJUDGED that this case be, and hereby is, dismissed with prejudice for failure to prosecute.

DONE AND ORDERED this 28th day of April, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge